William A. TENNANT, Petitioner,

v.

CONSOLIDATION COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.

No. 02–1913.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2003.

Decided March 12, 2003.

Robert F. Cohen, Jr., Cohen, Abate & Cohen, L.C., Morgantown, West Virginia, for Petitioner. William S. Mattingly, Jackson & Kelly, P.L.L.C., Morgantown, West Virginia, for Respondents.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William A. Tennant seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Tennant v. Consolidation Coal Co.,* No. 01–777–BLA (BRB June 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*